UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Luis S.,

Petitioner,

v.

David Easterwood, *in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement*; David J. Venturella, *in his official capacity as Acting Director, U.S. Immigration and Customs and Enforcement*; Markwayne Mullin, *in his official capacity as Secretary of the United States Department of Homeland Security*; Todd Blanche, *in his official capacity as Attorney General of the United States*; Ryan Shea, *in his official capacity as the Freeborn County Sheriff*,

Respondents.

File No. 26-cv-04001 (ECT/JFD)

**ORDER**

---

Petitioner Luis S. filed a Petition for Writ of Habeas Corpus [ECF No. 1] and Motion for Temporary Restraining Order ("TRO") [ECF No. 3] on September 15, 2026. Luis claims that 1) he should not be detained or removed while his T visa application remains pending; 2) he is a member of the nationwide Pending Petition Class certified in *Immigration Center for Women and Children v. Noem*, 2:25-cv-09484-AB-AS, 2026 WL 1455004 (C.D. Cal. May 20, 2026) and that Respondents have violated the preliminary injunction ordered therein; 3) Respondents violated the "Stay-of-Removal Protections in [*Immigration Center for Women and Children v. Noem*];" and 4) his Fifth Amendment

right to due process was violated when he was arrested at his biometrics appointment. ECF No. 1 at 9–10. Luis's TRO will be denied.

I have previously addressed the Fifth Amendment's application to removal prior to a bona fide T visa determination. *See Nicholas L. L. v. Barr*, No. 19-cv-02543 (ECT/TNL), 2019 WL 4929796, at *6–7 (D. Minn. Oct. 7, 2019). In *Nicholas*, I denied a TRO where petitioner "advance[d] no particular arguments showing that removal of a T-visa applicant before a bona fide determination has been made violates the Fifth Amendment's Due Process guarantee." *Id.* at *7. *Nicholas*'s reasoning applies here.

Similarly, I have previously rejected claims that the *Immigration Center for Women and Children v. Noem* class action requires the release of petitioners in circumstances like Luis's. *See Eliseo C. v. Blanche*, No. 26-cv-2282, 2026 WL 2683449 (ECT/SGE), at *6–7 (D. Minn. June 29, 2026); *Steven F.V.Z. v. Blanche*, No. 26-cv-2909, 2026 WL 2641759, at *3 (D. Minn. Sept. 8, 2026). My colleagues have also recently addressed and rejected this argument. *See, e.g.*, *Jose G.B.R. v. Blanche*, No. 26-cv-3599 (LMP/ECW), 2026 WL 2665614, at *3-4 (D. Minn. Sept. 10, 2026). I do not find reason to depart from these decisions here.

Therefore, based on the foregoing, and on all the files, records, and proceedings in this case, **IT IS ORDERED** that Petitioner Luis S.'s Motion for Temporary Restraining Order [ECF No. 3] is **DENIED**.

Dated: September 15, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court