UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Luis S.,<br><br>Petitioner,<br><br>v.<br><br>David Easterwood, *in his official capacity as the St. Paul Field Office Director for U.S. Immigration and Customs Enforcement*; David J. Venturella, *in his official capacity as Acting Director, U.S. Immigration and Customs Enforcement*; Markwayne Mullin, *in his official capacity as Secretary of the United States Department of Homeland Security*; Todd Blanche, *in his official capacity as Attorney General of the United States*; and Ryan Shea, *in his official capacity as the Freeborn County Sheriff*,<br><br>Respondents. | File No. 26-cv-04001 (ECT/JFD)<br><br>**ORDER OF DISMISSAL** |

Petitioner Luis S. filed a Verified Petition for Writ of Habeas Corpus on September 15, 2026. ECF No. 1. The parties have informed the Court that Luis was removed from the United States on September 22, 2026 and have stipulated to a dismissal because Luis's habeas petition is now moot. ECF No. 8 at 1. Because Luis has been removed and is no longer in Respondents'[1] custody, I do not have the ability to grant him habeas relief. *See Morley v. Trump*, No. 25-cv-1580 (KMM/JFD), 2025 WL 1757639, at *2 (D. Minn. June

[1] "Respondents" refers to Director Easterwood, Acting Director Venturella, Secretary Mullin, and Attorney General Blanche. Freeborn County Sheriff Ryan Shea has not appeared in these proceedings.

25, 2025) (finding a habeas petition moot where petitioner was removed from the United States).

Therefore, based on the foregoing, and on all the files, records, and proceedings in this case, **IT IS ORDERED** that:

1. Petitioner Luis S.'s Verified Petition for Writ of Habeas Corpus [ECF No. 1] is **DENIED AS MOOT**; and

2. The action is **DISMISSED** without prejudice and without an award of costs or fees to either side.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: September 25, 2026

s/ Eric C. Tostrud
Eric C. Tostrud
Chief Judge, United States District Court